UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In The Matter of a Subpoena Served In:<br><br>*LASTEPHEN ROGERS v. TUG HILL OPERATING, LLC*, pending in the United States District Court of the Northern District of West Virginia, Civil Action No. 5:21-cv-00199<br><br>RUSCO Operating, LLC<br><br>        Movant,<br><br>v.<br><br>TUG HILL OPERATING, LLC,<br><br>        Respondent. | No. 1:24-mc-00151 |

## NOTICE OF APPEARANCE OF CHRISTIAN ANTKOWIAK

This serves as notice that Christian Antkowiak and Buchanan Ingersoll & Rooney PC are counsel of record for Defendant/Respondent Tug Hill Operating, LLC in the above-captioned case.

Dated: February 20, 2024

Respectfully submitted,

*/s/ Christian Antkowiak*
Christian Antkowiak (PA ID No. 209231)
christian.antkowiak@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Phone: 412-562-3988
Facsimile: 412-562-1041

*Attorney for Defendant/Respondent Tug Hill Operating, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I electronically filed the foregoing Notice of Appearance of Christian Antkowiak with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to those attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Christian Antkowiak*